O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA M. RITCHIE, | Case No. CV 09-02484 DDP (JWJx) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING PLAINTIFF'S LATE-FILED OPPOSITION, VACATING HEARING, AND SETTING DUE DATE FOR DEFENDANTS' REPLY BRIEFS** |
| COMMUNITY LENDING CORPORATION, a California corporation; FIRST AMERICAN TITLE COMPANY, a California corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation, | [Motions filed on: ]<br>[05-12-09 ]<br>[05-13-09 ]<br>[06-10-09 ]<br>[06-24-09 ] |
| Defendants. | |

Having considered Plaintiff's request to late-file her Opposition to Defendants' Motions to Dismiss and Defendants' Oppositions to that request, the Court accepts Plaintiff's late-filed Opposition in order to consider Defendants' Motion to Dismiss on the merits. Although the Court generally will not reward the late filings of a party who has had significant time and has failed to show good cause, the Court prefers, in this instance, to deal with the Motion to Dismiss on the merits. In the future, should Plaintiff need more time to respond to a filing, Plaintiff should

seek a stipulation from opposing counsel to continue the hearing date or file an *ex parte* application with the court seeking an extension *before* Plaintiff's filing is due.  The Court specifically warns Plaintiff's counsel that failure to comply with Court orders and Local Rules will *not* be tolerated in the future, and may lead to sanctions.

   The Court also vacates the hearing date for **all four motions**, which will be decided without oral argument.  Additionally, in light of Plaintiff's tardy filing, the Court orders that Defendants' Reply briefs, should they choose to file them, are now due Monday, July 13, 2009.  The Court reminds the parties that mandatory chambers copies of such papers should be delivered to 312 N. Spring Street, Room 244-J, Los Angeles, CA 90012.

IT IS SO ORDERED.

Dated: July 1, 2009

DEAN D. PREGERSON
United States District Judge